TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00062-CV

Texas Veterinary Medical Diagnostic Laboratory, Appellant

v.

T.L. Hamrick and Connie S. Hamrick, Individually and as Next Friends of Leslie
Hamrick, a Minor Child; and Craig Barton and Jacque Barton, Individually and as Next
Friends of Jimmy Barton, a Minor Child; and Kevin Copeland, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 92-14826, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a Motion to Dismiss. We grant appellant's motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: April 13, 2000 

Do Not Publish